IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**WILLIAM RILEY,**

    Petitioner,

vs.                                                                           No.12-cv-0715 WJ/SMV

**JAMES JANECKA, ATT'Y GEN. FOR N.M., and
JAMES LOPEZ,**

    Respondents.

## ORDER GRANTING RESPONDENTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITIONER'S BRIEF REGARDING AMENDMENT

      THIS MATTER is before the Court on Respondents' Motion for an Extension of Time in Which to File Their Response to Petitioner William Riley's Brief-in-Chief [Doc. 45], filed May 6, 2013.  Respondents ask that they be given until May 24, 2013, in which to respond to Petitioner's Brief on Order Regarding Amendment [Doc. 44].  The Court, being informed that the Motion is not opposed, and being otherwise fully informed in the premises, FINDS that it is well-taken and should be granted.

      **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Respondents' Motion for an Extension of Time in Which to File Their Response to Petitioner William Riley's Brief-in-Chief [Doc. 45] is **GRANTED**.  Respondents shall have until May 24, 2013 to file their Response to Petitioner's Brief on Order Regarding Amendment [Doc. 44].

      **IT IS SO ORDERED**.

                                                                                            _____
                                                                                         **STEPHAN M. VIDMAR**
                                                                                         **United States Magistrate Judge**